AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts Southern
District of Texas
FILED
**February 5, 2022**
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ma Magdalena FLORES-Gonzalez (1981/Mexico) | ) Case No. **M-22-0255-M** |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 4, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 10.6 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Mike Mitchell

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

/s/ David T. Racca
*Complainant's signature*

David T. Racca, HSI Special Agent
*Printed name and title*

Date: **February 4, 2022**  9:48 PM

*Judge's signature*

City and state: McAllen, Texas

Hon. Nadia S. Medrano, U.S. Magistrate
*Printed name and title*

**Attachment "A"**

I, David T. Racca, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On February 4, 2022, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations at the Donna Port of Entry (POE) in Donna, Texas. CBP Officers (CBPOs) detained Ma Magdalena FLORES-Gonzalez (hereinafter FLORES), a citizen of Mexico, while attempting to enter the U.S. with approximately 10.6 kilograms (kg) of cocaine concealed within the dashboard of the vehicle she was driving.

2. During primary inbound inspection, CBPOs obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00 from FLORES. FLORES claimed to be traveling from Reynosa, Tamaulipas, Mexico to McAllen, Texas to do some shopping. CBPOs referred FLORES and the vehicle to secondary inspection for an intensive examination.

3. During secondary inspection a CBP K-9 narcotics detection team conducted a free air inspection which resulted in a positive alert for the odor of controlled substance(s) emanating from the vehicle. A Z-Portal (x-ray) inspection scan was conducted on the vehicle. During the Z-Portal scan, anomalies were observed in the dashboard on the passenger side of the vehicle.

4. A physical search of the vehicle revealed a total of ten (10) packages concealed within the dashboard. CBPOs weighed the ten (10) packages, which weighed approximately 10.6 kilograms on a calibrated scale. CBPOs field tested the substance inside the packages, with a presumptive positive result for the properties and characteristics of cocaine.

5. Homeland Security Investigations (HSI), Special Agent (SA) responded to the Donna POE to assist in the investigation. The HSI SA and a CBPO Task Force Officer (TFO) interviewed FLORES who stated that she was crossing the vehicle to shop in Donna, Texas as per guidance of a co-conspirator in Mexico. FLORES stated that she was told which day to cross and asked which store she was going to. FLORES stated that she was directed to call the co-conspirator to advise when she arrived at the store and to call again to advise when she was checking out. FLORES stated that she had been making trips like this approximately twice per month since approximately October 2019 and being paid anywhere from $200 - $700 per trip. FLORES stated that on one occasion she noticed that her driver's seat had been adjusted as if someone else had been inside it.

6. FLORES stated that in June 2021 she noticed that the dashboard and side panel of the dashboard on the passenger's side of the vehicle were not correctly in place. FLORES stated when she asked the co-conspirator about this, she was told "it was better you don't know" and

that it "was fine". FLORES stated at this point she believed she was doing something wrong and illegal but continued the activity because the money was good. FLORES admitted she knew that drugs and illegal aliens are smuggled from Mexico to the United States but was unaware that drugs were present. FLORES stated she thought she may have been illegally bringing money from the United States to Mexico.